UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>JATINDER SINGH BHANGU, et al.,<br><br>           Defendants. | Case No. 21-cv-04698-SVK<br><br>**ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT** |

Scott Johnson ("Plaintiff") filed his Complaint on June 21, 2021 and moved for entry of default on September 2 and 3, 2021. Dkt. Nos. 1, 12, 13. The Clerk of Court entered defaults as to Defendants Jasbir Kaur Bhangu and Jatinder Singh Bhangu on September 8, 2021. Dkt. 14-15. There has been no activity since default was entered. Accordingly, Plaintiff has until April 25, 2022, to file a motion for default judgment**. FAILURE TO FILE BY THIS DATE WILL RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE**. There will be no further notification regarding dismissal, and this deadline will not be extended.

**SO ORDERED.**

Dated: April 4, 2022

SUSAN VAN KEULEN
United States Magistrate Judge