UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JATINDER SINGH BHANGU, et al.,<br><br>    Defendants. | Case No. 5:21-cv-04698-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 18, 23 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) Plaintiff's motion for default judgment is denied without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order on the Parties.

**IT IS SO ORDERED.**

Dated: October 7, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-04698-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

1